## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ALESE LAWRENCE,

     Plaintiff,

v.                                                                        2:22-cv-782-NPM

RIVER DISTRICT FLORALS, LLC,
I DEW EVENTS, LLC,
RACHEL GROMAN-DEW and
CHRISTOPHER DEW,

     Defendants.

---

## ORDER

     Before the court is the parties' joint stipulation of dismissal with prejudice. (Doc. 42). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all parties who have appeared. The dismissal is effective upon filing and requires no further action by the court. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Casso-Lopez v. Beach Time Rental Suncoast, LLC*, 335 F.R.D. 458, 461-62 (M.D. Fla. 2020) (holding parties may terminate an FLSA case by filing either a Rule 41(a)(1)(A)(ii) stipulation of dismissal with prejudice or a Rule 68(a) notice of acceptance of an offer of judgment "and the district court is immediately powerless to interfere"). "Rule 68 applies in actions brought under the Fair Labor Standards Act no less than in any other case," *Vasconcelo v. Miami Auto Max, Inc.*,

981 F.3d 934, 942 (11th Cir. 2020), and there is "no distinction" between the operation of Rule 41(a)(1)(A)(ii) and Rule 68 in an FLSA action. *Casso-Lopez*, 335 F.R.D. at 462.

The parties stipulate to dismissing counts I and II of the complaint with prejudice and count III without prejudice. The parties further stipulate to a tolling of the statute of limitations for the duration of this action and a period of 30 days after dismissal, and each party is to bear its own costs and attorney's fees. Accordingly, counts I and II are dismissed with prejudice, and count III is dismissed without prejudice. The clerk is directed to enter judgment, terminate any scheduled events, and close the file.

**ORDERED** on April 23, 2024.

NICHOLAS P. MIZELL
United States Magistrate Judge